SIMONS HALL JOHNSTON P.C.
ELLEN JEAN WINOGRAD, ESQ.
State Bar No. 815
Email: ewinograd@shjnevada.com
JONATHAN McGUIRE, ESQ.
State Bar No. 15280
Email: jmcguire@shjnevada.com
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Facsimile: (775) 785-0087
*Attorneys for Defendant*
*Truckee Gaming, LLC dba*
*Silver Strike Casino*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BARBARA HAMLETT, an individual,

        Plaintiff,

vs.

TRUCKEE GAMING, LLC, dba SILVER
STRIKE CASINO, a Delaware limited liability
company,

        Defendant.

_____/

Case No. 3:26-cv-00346-CDS-CLB

**ORDER GRANTING STIPULATION
FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**
**(First Request)**

    Plaintiff BARBARA HAMLETT ("Plaintiff") and Defendant TRUCKEE GAMING, LLC, dba SILVER STRIKE CASINO ("Defendant") by and through their undersigned counsel of record, hereby stipulate and agree:

1. On May 7, 2026, Plaintiff filed a Complaint. [ECF 1]

2. Defendant's Resident Agent, Incorporating Services, Inc., appears to have been served on or about May 19, 2026. [ECF 13]

3. Defendant became aware of the filing of the lawsuit on or about June 15, 2026, after receiving a "Notice of Intent to Take Default". [ECF 14] Defendant cannot confirm ever having been served with this action.

4.  The parties agree, stipulate and respectfully request that the Court extend the deadline for Defendant to respond to the Complaint to and including Thursday, July 16, 2026.

5.  This is the first request for an extension of time.

6.  This extension is requested in good faith and not for purposes of delay, and in the interest of judicial economy, FRCP 1.

7.  This Stipulation does not constitute a waiver of any procedural, jurisdictional or substantive defenses Defendant may have.

DATED this 17th day of June, 2026.               DATED this 17th day of June, 2026.


GREENBERG GROSS, LLP                       SIMONS HALL JOHNSTON PC


*/s/ Coco Padilla*                                      */s/ Ellen Jean Winograd*

_____               _____
JEMMA E. DUNN                                  ELLEN JEAN WINOGRAD
Nevada Bar No. 16229                            Nevada Bar No. 815
MATTHEW T. HALE                               JONATHAN McGUIRE
Nevada Bar No. 16880                            Nevada Bar No. 15280
JORGE "COCO" PADILLA                        690 Sierra Rose Drive
Nevada Bar No. 16295                            Reno, NV  89511
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135                         *Attorneys for Defendant*
*Attorneys for Plaintiff*



The parties having stipulated,

**IT IS SO ORDERED.**

_____
HONORABLE CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: June 18, 2026.

Page 2 of 2