SIMONS HALL JOHNSTON P.C.
ELLEN JEAN WINOGRAD, ESQ., Bar No. 815
Email: ewinograd@shjnevada.com
JONATHAN McGUIRE, ESQ., Bar No. 15280
Email: jmcguire@shjnevada.com
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Facsimile: (775) 785-0087
*Attorneys for Defendant*
*Truckee Gaming, LLC dba Silver Strike Casino*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HAMLETT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRUCKEE GAMING, LLC, dba SILVER STRIKE CASINO, a Delaware limited liability company,<br><br>Defendant.<br>______________________________/ | Case No. 3:26-cv-00346-CDS-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[ECF No. 23] |

Plaintiff BARBARA HAMLETT ("Plaintiff") and Defendant TRUCKEE GAMING, LLC, dba SILVER STRIKE CASINO ("Defendant") by and through their undersigned counsel of record, hereby stipulate and agree:

1. On May 7, 2026, Plaintiff filed her original Complaint. [ECF 1]
2. On July 16, 2026, Defendant filed a Motion to Dismiss Claims 2-9 of Plaintiff's Complaint. [ECF 19]
3. On July 29, 2026, Plaintiff filed a First Amended Complaint. [ECF 22]
4. Defendant's response to the First Amended Complaint is due on August 12, 2026.
5. The parties agree, stipulate and respectfully request that the Court extend the deadline for Defendant to respond to the First Amended Complaint to and including Wednesday, August 26, 2026.

6. This is the first request for an extension of time to respond to the First Amended Complaint.

7. This extension is requested in good faith and not for purposes of delay, and in the interest of judicial economy, FRCP 1.

8. This Stipulation does not constitute a waiver of any procedural, jurisdictional or substantive defenses Defendant may have.

DATED this 31st day of July, 2026.

GREENBERG GROSS, LLP

*/s/ Matthew T. Hale*

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suíte 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

DATED this 31st day of July, 2026.

SIMONS HALL JOHNSTON PC

*/s/ Ellen Jean Winograd*

ELLEN JEAN WINOGRAD
Nevada Bar No. 815
JONATHAN McGUIRE
Nevada Bar No. 15280
690 Sierra Rose Drive
Reno, NV 89511

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** August 3, 2026

UNITED STATES MAGISTRATE JUDGE