SIMONS HALL JOHNSTON P.C.
ELLEN JEAN WINOGRAD, ESQ.
State Bar No. 815
Email: ewinograd@shjnevada.com
JONATHAN McGUIRE, ESQ.
State Bar No. 15280
Email: jmcguire@shjnevada.com
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Facsimile: (775) 785-0087
*Attorneys for Defendant*
*Truckee Gaming, LLC dba*
*Silver Strike Casino*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA HAMLETT, an individual,<br><br>Plaintiff<br><br>v.<br><br>TRUCKEE GAMING, LLC, dba SILVER STRIKE CASINO, a Delaware limited liability Company,<br><br>Defendant | Case No. 3:26-cv-00346-CDS-CLB<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND DISMISSAL OF PLAINTIFF'S SECOND CLAIM FOR RELIEF**<br><br>[ECF No. 26] |

Plaintiff BARBARA HAMLETT ("Plaintiff") and Defendant TRUCKEE GAMING, LLC, dba SILVER STRIKE CASINO ("Defendant") by and through their undersigned counsel of record, hereby stipulate and agree to allow Plaintiff to withdraw the Second Claim for Relief contained in her First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 15(a)(2). This withdrawal shall be deemed a dismissal with prejudice of Plaintiff's Second Claim for Relief (Interference with FMLA Rights in Violation of 29 U.S.C. § 2615(a)(1)), together with any FMLA-based interference or retaliation theory encompassed within it, effective upon the filing of the Second Amended Complaint. No other claim or factual allegation is dismissed, waived, or affected by this stipulation.

The parties further stipulate that Plaintiff shall have up to and including September 14, 2026, within which to file her Second Amended Complaint. The Second Amended Complaint will:

1. omit the Second Claim for Relief (Interference with FMLA Rights in Violation of 29 U.S.C. § 2615(a)(1));
2. re-allege the First Claim for Relief (Negligent Supervision & Retention) and the Third Claim for Relief (Intentional Infliction of Emotional Distress), renumbered as the First and Second Claims for Relief; and
3. not add any new claims or parties.

The parties further stipulate that the sole remaining claims herein at issue in Plaintiff's forthcoming Second Amended Complaint will be for negligent supervision and retention, and intentional infliction of emotional distress.

The parties further stipulate that Defendant shall answer or otherwise respond to the Second Amended Complaint on or before October 9, 2026.

This stipulation shall not be deemed a waiver of any substantive, procedural or jurisdictional rights, claims, or defenses either party may have.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation is made in good faith and not for purposes of delay.

DATED this 24th day of August, 2026.

GREENBERG GROSS, LLP

*/s/Matthew T. Hale*

JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

DATED this 24th day of August, 2026.

SIMONS HALL JOHNSTON PC

*/s/ Ellen Jean Winograd*

ELLEN JEAN WINOGRAD
Nevada Bar No. 815
JONATHAN McGUIRE
Nevada Bar No. 15280
690 Sierra Rose Drive
Reno, NV 89511

*Attorneys for Defendant*

Respectfully submitted.

*/s/Ellen Jean Winograd*

ELLEN JEAN WINOGRAD, ESQ.
Attorneys for Defendant

The parties having stipulated,

**IT IS SO ORDERED.**

HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE
DATED: August 24, 2026