JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
JPadilla@GGTrialLaw.com

Attorneys for Plaintiff
Barbara Hamlett

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA HAMLETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUCKEE GAMING, LLC, dba SILVER STRIKE CASINO, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:26-cv-00346-CDS-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL (FIRST REQUEST)** |

Plaintiff BARBARA HAMLETT ("Plaintiff") and Defendant TRUCKEE GAMING, LLC, dba SILVER STRIKE CASINO ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On September 29, 2026, the parties took part in an Early Neutral Evaluation session before Magistrate Judge Craig S. Denney, and the matter resolved. [ECF 37]
2. In its Minutes of Proceedings, the Court ordered that a stipulation to dismiss with prejudice be filed no later than Monday, November 30, 2026. [ECF 37]
3. Since the Early Neutral Evaluation, the parties have worked in good faith to document and finalize the terms of their settlement. They need more time to work out the details of the written settlement agreement before they can file a stipulation for dismissal.

4. The parties therefore agree, stipulate, and respectfully request that the Court extend the deadline to file the stipulation for dismissal with prejudice by thirty (30) days, from Monday, November 30, 2026, to and including Wednesday, December 30, 2026.
5. This is the first request for an extension of this deadline.
6. This extension is requested in good faith and not for purposes of delay, and in the interest of judicial economy, FRCP 1.
7. This Stipulation does not constitute a waiver of any procedural, jurisdictional, or substantive rights, claims, or defenses of either party.

DATED this 5th day of November, 2026.

**GREENBERG GROSS LLP**

*/s/ Jorge "Coco" Padilla*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

**SIMONS HALL JOHNSTON PC**

*/s/ Ellen Jean Winograd*
ELLEN JEAN WINOGRAD
Nevada Bar No. 815
JONATHAN McGUIRE
Nevada Bar No. 15280
690 Sierra Rose Drive
Reno, Nevada 89511

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:



UNITED STATES MAGISTRATE JUDGE

DATED: November 6, 2026.